David R. Paoli
PAOLI KUTZMAN, P.C.
P.O. Box 8131
257 West Front St., Suite A
Missoula, MT 59807-8131
Phone: (406) 542-3330
Fax: (406) 542-3332
davidrp@aol.com

Lance P. Jasper, Cynthia K. Smith
JASPER SMITH OLSON P.C.
P.O. Box 7785
202 West Spruce St.
Missoula, MT 59807-7785
Phone: (406) 541-7177
Fax: (406) 541-7179
lpj@montanalaw.com
*Attorneys for Plaintiffs*

Bryan D. Cross, Raymond W. Martin
WHEELER TRIGG O'DONNELL, LLC
1801 California Street, Suite 3600
Denver, CO 80202-2617
Phone: (303)244-1800
Fax: (303)244-1879
cross@wtotrial.com
*Attorneys for Defendant FedEx Ground Package System, Inc.*

Charles E. McNeil, Kathryn S. Mahe
GARLINGTON, LOHN & ROBINSON, PLLP
199 West Pine Street
P.O. Box 7909
Missoula, MT 59807-7909
Phone: (406)-523-2500
Fax:  (406)523-2595
cemcneil@garlington.com
*Attorneys for Defendant FedEx Ground Package System, Inc.*

Mark S. Williams
Nicholas J. Pagnotta
WILLIAMS LAW FIRM, P.C.
235 East Pine, P.O. Box 9440
Missoula, MT 59007-9440
Phone:  (406)721-4350
Fax:  (406)721-6037
mark@wmslaw.com
*Attorneys for Bridgewater Trucking, LLC,*
*Vladimir Kochukov and Sergey Buslayev*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| TANNER J. PARRICK, individually and as *Personal Representative of the Estate of Jerry J. Parrick, Deceased, and on behalf of Thais D. Park and Maria Elliot,* | **CV-09-95-M-DWM-JCL** |
| | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Plaintiffs, | |
| vs. | |
| FEDEX GROUND PACKAGE SYSTEM, INC., BRIDGEWATER TRUCKING, LLC, SERGEY BUSLAYEV, and VLADIMIR KOCHUKOV, | |
| Defendants. | |

Plaintiff Tanner J. Parrick, individually and as the Personal

Representative of the Estate of Jerry J. Parrick, Deceased, and on behalf

of Thais D. Park and Maria Elliott and Defendants, FedEx Ground Package

System, Inc., Bridgewater Trucking, LLC, Sergey Buslayev, and Vladimir Kochukov, through their respective attorneys, stipulate and agree as follows:

1. On July 1, 2009, Plaintiffs sued Defendants.

2. All claims by and between these parties in the above captioned action have been settled.

3. All claims by and between these parties in the above captioned action should be dismissed with prejudice.

4. Each of these parties shall be responsible for his or its own costs, expenses and attorney's fees incurred in connection with the above captioned action.

DATED this 1st day of November, 2010.

By:  /s/ David R. Paoli
David R. Paoli
PAOLI KUTZMAN, P.C.
*Attorneys for Plaintiffs*

DATED this 1st day of November, 2010.

By:  /s/ Lance P. Jasper
Lance P. Jasper
JASPER SMITH OLSON, P.C.
*Attorneys for Plaintiffs*

DATED this 1st day of November, 2010.

By:  /s/ Charles E. McNeil
     Charles E. McNeil
     GARLINGTON, LOHN &
     ROBINSON, PLLC
     *Attorneys for Defendant FedEx*
     *Ground Package System, Inc.*

DATED this 1st day of November, 2010.

By:  /s/ Bryan D. Cross
     Bryan D. Cross
     WHEELER TRIGG O'DONNEL, LLP
     *Attorneys for Defendant FedEx*
     *Ground Package System, Inc.*

DATED this 1st day of November, 2010.

By:  /s/ Mark S. Williams
     Mark S. Williams
     WILLIAMS LAW FIRM
     *Attorneys for Defendants*
     *Bridgewater Trucking, LLC, Vladimir*
     *Kochukov and Sergey Buslayev*